NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000436
09-DEC-2011
08:53 AM

NO. CAAP-11-0000436

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DAVID BENJAMIN, JR., Plaintiff-Appellee/Cross-Appellant, v.
DIANA S. DAMON, Defendant-Appellant/Cross-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 08-1-0289)

ORDER APPROVING WITH PREJUDICE
THE STIPULATION TO DISMISS APPEAL
FROM DIVORCE DECREE FILED FEBRUARY 25, 2011
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice, the papers in support, and the records and files herein, it appears that the parties have settled the underlying case. Therefore,

IT IS HEREBY ORDERED that the stipulation for dismissal is approved, and this appeal and cross-appeal are dismissed with prejudice. The parties shall bear their own fees and costs.

DATED: Honolulu, Hawai'i, December 9, 2011.

Chief Judge

Associate Judge

Associate Judge